1   Law Offices of Hadley & Fraulob
    230 Fifth Street
2   Marysville, CA  95901
    (530) 743-4458
3
    JOSEPH C. FRAULOB - State Bar #194355
4   Attorney for Plaintiff

5

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10

11  Elizabeth Rasul,                    )
                        Plaintiff,      )      Case No: 2:12-cv-00846-DAD
12                                      )
                                        )      STIPULATION FOR EXTENSION
13  v.                                  )      OF TIME AND ORDER
                                        )
14  Commissioner of Social Security,    )
                        Defendant.      )
15  _____    )

16          IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is

17  granted an extension of thirty days, through Monday, November 26, 2012, to file the Motion for

18  Summary Judgment.

19          IT IS HEREBY NOTED that this is plaintiff's second extension requested.

20

21  Dated: 10/24/12                      / s / Joseph C. Fraulob
                                         _____
22                                       Joseph Fraulob
                                         Attorney for Plaintiff
23  Dated: 10/24/12                      / s / Shea Bond
                                         _____
24                                       Shea Bond
                                         Special Assistant U.S. Attorney
25                                       Attorney for Defendant

26          IT IS SO ORDERED.

27  DATED: October 25, 2012.

28                                       _____
    Ddad1\orders.soc sec\rasul0846.stip.eot2.wpd        DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE